
FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:09 am, Aug 25, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JAMAR BRADLEY, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:18-cv-47 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:16-cr-12) |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 43. Movant Jamar Bradley ("Bradley") filed Objections to this Report and Recommendation. Dkt. No. 45.

Bradley's Objections, though responsive to the Magistrate Judge's Report and Recommendation in some part, are without merit. For instance, in his Objections, Bradley contends his appointed counsel, Jason Tate, was ineffective for withdrawing the objection at sentencing to the firearm enhancement. Id., p. 1. However, the Magistrate Judge thoroughly analyzed this claim and ultimately concluded this ground, as well as all other

grounds Bradley advanced in his 28 U.S.C. § 2255 motion, as amended and supplemented, was without merit. Dkt. No. 43, pp. 26-30, 31-34. In addition, the Court notes Bradley also filed an affidavit, purportedly from his mother and one of his co-defendants, regarding the amount of drugs that should have been attributable to Bradley. Dkt. No. 46. However, Bradley raises no new assertions in his Objections or through this affidavit and does not make a showing that the Magistrate Judge's determination is clearly erroneous or contrary to law in any way. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Moreover, the Magistrate Judge had benefit of this affidavit during his review of Bradley's § 2255 Motion, dkt. no. 1-3, and there is nothing before the Court indicating the Magistrate Judge ignored this affidavit or, more importantly, that anything in this affidavit would change the outcome in this case.

Accordingly, the Court **OVERRULES** Bradley's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Bradley's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence and Bradley's Motion to Dismiss. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal and **DENIES** Bradley *in forma pauperis* status on

appeal and a Certificate of Appealability.

SO ORDERED, this  25  day of  August , 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA