# In the United States District Court for the Southern District of Georgia Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 2:56 pm, Sep 03, 2020

|  |  |  |
|---|---|---|
| JAMAR BRADLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CV 218-047 |
| v. | ) | CR 216-012 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court are Petitioner's motions for leave to appeal *in forma* pauperis and for a certificate of appealability. Dkt. Nos. 51, 52.

Previously this Court adopted the Magistrate Judge's Report and Recommendation, which advised that Petitioner's 28 U.S.C. § 2255 motion to vacate be denied and that any motion for *in forma pauperis* status on appeal and for a certificate of appealability be denied. Dkt. Nos. 43, 48. Judgment was entered, and Petitioner appealed. Dkt. Nos. 49, 50. Petitioner now moves the Court for leave to appeal *in forma pauperis* and for a certificate of appealability. Dkt. Nos. 51, 52. The Court affirms its prior ruling and **DENIES** Petitioner's motions.

SO ORDERED, this 3 day of September, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA